**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-22691-GLT |
|     Larry A. Kovalak, Sr., | ) | |
| | ) | Chapter 13 |
|     Debtor, | ) | |
| —————————————— | ) | |
|     Larry A. Kovalak, Sr., | ) | Related to Document No. |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Select Portfolio Servicing, | ) | |
| | ) | |
|     Respondent. | ) | |

## CERTIFICATE OF SERVICE

    I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Order on the following parties at the addresses listed below on September 15, 2017, via electronic mail and/or first class mail postage prepaid:

Select Portfolio Servicing, Inc.  
3815 S. W. Temple  
Salt Lake City, UT 84115

Ronda J. Winnecour, Esquire  
Office of Chapter 13 Trustee  
3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

Office of U.S. Trustee  
970 Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA 15222

Date:  September 15, 2017

By: /s/Jessica Wrzosek  
Jessica Wrzosek, Paralegal  
Thompson Law Group, P.C.  
125 Warrendale-Bayne Rd.  
Suite 200  
Warrendale, PA 15086  
(724) 799-8404 Telephone  
(724) 799-8409 Facsimile  
jwrzosek@thompsonattorney.com