# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Kovalak SR._____ JAD/TPA/CMB/(GLT)

Case Number: __17-22691__

Date of Meeting: __11 / 6 / 17__

Recording # _____

Debtor(s) present ___ or Not Present ✓ (___ No Payments Made or ✓ partial payments)

Attorney for debtor(s) __Thompson_____ (Present ✓ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

No payments to date

3rd miss. Unclear if Debtor still wishes to prosecute case

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
_✓_ Meeting NOT HELD
_✓_ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
   ___ 341 Meeting   OR ___ Conciliation Conf. OR ___ *Contested Hearing
   On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee